UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

MARTHA VENTILLA,

      Plaintiff,

-against-

PACIFIC INDEMNITY COMPANY,

      Defendant.

1:20-cv-08462 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  The Court held a conference in this action on November 18, 2020. As discussed at the conference, the Parties are directed to submit letters addressing subject matter jurisdiction, the amount in controversy in this case, including the allegations in Plaintiff's original complaint, and any amendments Plaintiff wishes to make to that complaint. The Parties should also address whether statements in the complaint constitute admissions by Plaintiff, and whether Rule 11 sanctions may be appropriate in this case.

  Plaintiff must file her letter on or before November 25, 2020. Defendant must file its letter on or before December 4, 2020. The letters are limited to three pages each.

SO ORDERED

Dated: November 18, 2020
   New York, New York

           _____
           MARY KAY VYSKOCIL
           United States District Judge